## MRS. ANDREW A. DAVIS, *alias* MRS. LETHEA GLOVER v. THE STATE.

No. 21610. Delivered May 7, 1941.
Rehearing Denied June 25, 1941.

The opinion states the case.

*Joe C. Luther*, of Dallas, for appellant.

*Lloyd W. Davidson, State's* Attorney, of Austin, for the State, on submission.

HAWKINS, Presiding Judge.

Conviction is for theft of property under the value of fifty dollars, punishment covered by a fine of twenty-five dollars and forty days in the county jail.

The information seems to be in proper form. The record contains neither bills of exception nor statement of facts. In this condition nothing is presented for review.

The judgment is affirmed.

ON MOTION FOR REHEARING.

GRAVES, Judge.

Appellant complains in her motion because the allegation in the information as to the party from whom the goods were alleged to have been stolen and the said injured party shown in proof do not correspond, and are not the same. This point thus raised, if shown by the record, might cause a reversal of this cause, but unfortunately for appellant there is no statement of facts found in the record, and we are therefore unable to pass upon this matter.

She also complains because she says that the trial court did not affirmatively submit her defense in this matter in his charge to the jury. Again we do not know what her defense was in the absence of a statement of facts, and we find no requested charge relative thereto in the record.

There is nothing in this motion that we can review.

The motion is overruled.